EL VOCERO, San Juan - Tuesday, September 24, 1996   *(Page 24)*

# Drugs and Abandoned Children are Found

**By Ruben Dario Rodríguez**
**Editor - EL VOCERO**

CAGUAS - Anti-narcotics agents were surprised by the subhuman conditions in which seven children by themselves were found in a raided residence. The agents seized 121 bags with cocaine which were hidden in the food for the roosters.

The children's parents were not at the location which was raided and it is presumed that they are the owners of the drugs. They were identified by the agents as María M. Abreu-Román, 29 years-old, and Emilio Cedeño-Alamo, 54 years-old. The raided residence is located at Kilometer 2.2 of Road PR-172 from Caguas to Cidra.

It was informed that the married couple had been previously intervened with at a bar where quite a few bags of cocaine were seized from the female and a .38 caliber revolver was seized from the male. Because of alleged mistakes in the intervention, charges could not be filed against them on that occasion.

The condition in which the minors were found in the raided residence was so depressing, that technicians from Social Services went there and took custody of them until substitute homes could be found. On the other hand, it was indicated that agents from the Continuous Criminal Enterprise Unit, headed by Angel Vizcarrondo were taking actions with the District Attorney's Office for the filing of charges against the married couple who own the residence where the drugs were found.

- CERTIFIED -

To be a correct translation.

*Epifanio Morales*

Epifanio Morales
Certified Federal Court Interpreter
August 07, 2014